CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 0 1 2017

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEVIN TERRY DOTSON,<br>Plaintiff, | ) ) ) | Civil Action No. 7:17-cv-00194 |
| v. | ) ) | MEMORANDUM OPINION |
| UNITED STATES DISTRICT COURT,<br>Defendant. | ) ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

Kevin Terry Dotson, a Virginia inmate proceeding pro se, filed a complaint pursuant to

42 U.S.C. § 1983 naming the "United States District Court" as the sole defendant. I dismiss the

complaint without prejudice as frivolous because Plaintiff pursues an indisputably meritless legal

theory by naming an unspecified federal district court as a defendant. See, e.g., 42 U.S.C.

§ 1983 (requiring a defendant to be a "person"); Neitzke v. Williams, 490 U.S. 319, 327 (1989)

(describing "frivolous").

ENTER: This 1st day of June, 2017.

Senior United States District Judge